# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA S. G.,[1] <br><br> Plaintiff, <br><br> v. <br><br> FRANK J. BISIGNANO,[2] Commissioner of Social Security, <br><br> Defendant. | Case No. CV 8:24-01766 VBF (RAO) <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, all of the other records and files herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). Plaintiff filed objections to the Report, and the Commissioner filed a subsequent reply. The Court is not persuaded by any of Plaintiff's objections for the reasons stated in the Report and the Commissioner's reply. *See Morgan v. Comm'r of Soc. Sec. Admin.*, 169 F.3d 595, 601 (9th Cir. 1999) ("[W]hen evidence is susceptible to more than one rational interpretation, the ALJ's

---

[1] Partially redacted in compliance with Fed. R. Civ. P. 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank J. Bisignano, the Commissioner of Social Security, is hereby substituted as the defendant.

1 | conclusion must be upheld."). Accordingly, the Court hereby accepts and adopts the
2 | findings, conclusions, and recommendations of the Magistrate Judge.
3 |     IT IS ORDERED that the decision of the Commissioner of Social Security is
4 | AFFIRMED.

DATED:   November 25, 2025          /s/ Valerie Baker Fairbank
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE