**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARLA S. G.,[1] <br><br> Plaintiff, <br><br> v. <br><br> FRANK J. BISIGNANO,[2] <br> Commissioner of Social Security, <br><br> Defendant. | Case No. CV 8:24-01766 VBF (RAO) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: November 25, 2025

/s/ Valerie Baker Fairbank
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank J. Bisignano, the Commissioner of Social Security, is hereby substituted as the defendant.